**Robert Evans WALKER,
Plaintiff–Appellant,**

v.

**Michael J. TONKS, Defendant–
Appellee.**

No. 99–56055.

D.C. No. CV–98–00945–CBM–CTx.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 9, 2001.*

Decided Feb. 20, 2001.

Before LEAVY, TROTT, and SILVERMAN, Circuit Judges.

ORDER **

This appeal is dismissed for failure to prosecute pursuant to Ninth Circuit Rule 42–1. Appellant Walker did not return an acknowledgment of oral argument, nor did he appear at oral argument, which was scheduled for February 9, 2001. The appeal is accordingly DISMISSED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided in Ninth Circuit Rule 36–3.

